IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| OSCAR CHAVEZ, Individually, and as Personal Representative of the ESTATE OF SANDRA CHAVEZ, Deceased, <br> Plaintiff, <br><br> V. <br><br> ECONOMY PREMIER ASSURANCE COMPANY, <br> Defendant. | § § § § § § § § § § NO. 1:16-CV-0110 RJ/LF |

## FINAL ORDER OF DISMISSAL

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A) FRCP and based upon the Motion to Dismiss [Doc. 41] filed September 20, 2016. Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the above-styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all pending motions, if any, are DENIED AS MOOT.

IT IS SO ORDERED.

SIGNED this 22nd day of September, 2016.

_____
ROBERT JUNELL
SR. UNITED STATES DISTRICT JUDGE